UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
    -v- : 22-CR-552-6 (JMF)
:
JORDANY CRUZ, : ORDER
:
                    Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On June 11, 2025, Defendant filed a "MOTION FOR RETURN OF PROPERTY." *See* ECF No. 189.  The Government shall file any opposition to the motion by **June 18, 2025**.  No reply may be filed without prior leave of Court.

       The Clerk of Court is directed to mail this Order to:

              JORDANY CRUZ
              Register No. 33605-510
              FCI Allenwood Low
              Federal Correctional Institution
              P.O. BOX 1000
              White Deer, PA  17887

       SO ORDERED.

Dated: June 13, 2025
       New York, New York                      _____
                                                             JESSE M. FURMAN
                                                             United States District Judge